THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD JOHNSON, Appellant.— Judgment of the County Court of Kings County convicting defendant of the crime of grand larceny in the first degree, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ. [See *post*, p. 784.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK McDERMOTT, Appellant.— Judgment of the County Court of Kings County convicting defendant of the crime of grand larceny in the first degree, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ. [See *post*, p. 784.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER REGA, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY HENDRICKSON, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE LOESCH, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR WERNER, Appellant.— Defendants appeal from a judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, borough of Brooklyn, convicting them of a violation of section 986 of the Penal Law (book-making), and sentencing each of them to pay a fifty dollar fine, and to serve thirty days in jail, the execution of the jail sentence being suspended. · Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK N. TARAS, Appellant.— By a decision of this court dated March 8, 1945 (*ante*, p. 694), the appellant's right upon appeal from the amended judgment of conviction was limited to a review of the legality of the resentence contained therein. As so limited, the amended judgment is affirmed. No opinion. Close, P. J., Carswell, Johnston and Lewis, JJ., concur; Hagarty, J., dissents and votes to dismiss the appeal. (See dissenting opinion in *People* v. *Rozea*, 267 App. Div. 569, 571.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR C. WEISMANTEL, Appellant.— Judgment of the Court of Special Sessions of the City of New York, borough of Queens, convicting defendant of a violation of section 483 of the Penal Law, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

RODOLFO RICCA, Appellant, v. BRADY & GIOE, INC., Respondent.— Plaintiff appeals from an order denying his motion for a new trial on the ground of newly discovered evidence, and to set aside the verdict of the jury for the reason that one of defendant's witnesses testified falsely on the trial. On the argument of this appeal appellant waived all claims of right to a new trial on the ground of newly discovered evidence. Order unanimously affirmed, without costs and without opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.